■ In the Matter of CURTIS BROWN, Petitioner, v THOMAS A. COUGHLIN, as Commissioner of Corrections, et al., Respondents.—Motion for permission to proceed as a poor person treated as an application, pursuant to CPLR 5704 (a), to review an order of the Supreme Court at Special Term, which denied an ex parte petition in a proceeding pursuant to CPLR article 78. Application denied *(see, Matter of King v Gregorie,* 90 AD2d 922, *lv dismissed* 58 NY2d 822). Mahoney, P. J., Kane, Main, Casey and Weiss, JJ., concur.

(November 8, 1985)

■ In the Matter of DEBRA JURACKA, as Administratrix of the Estate of TAMMY L. BLISS, an Infant, Deceased, Petitioner, v GEORGE E. SEVERSON, as Schenectady County Surrogate, Respondent.—Application, pursuant to CPLR article 78, for judgment in the nature of mandamus, dismissed, without costs, on the ground a proceeding against a Judge of the Surrogate's Court is improperly commenced in this court in the first instance (CPLR 506 [b]; *Matter of Nolan v Lungen,* 61 NY2d 788). Mahoney, P. J., Kane, Main, Casey and Weiss, JJ., concur.